IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-92 |
| | ) |
| GERALD UNDERWOOD, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 27th day of February, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 18, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, March 20, 2009 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Almon S. Burke, Jr.,
      Assistant United States Attorney

      Joseph M. Yablonski, Esquire
      505 Washington Trust Building
      Washington, PA 15301

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation