IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 08-92
)
GERALD WAYNE UNDERWOOD )

## ORDER

AND NOW, this 23rd day of July, 2009, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation be, and hereby is, approved, the specific terms of which are incorporated by reference in to this Order.

It is FURTHER ORDERED that Gerald Underwood's interest in the Taurus .357 caliber revolver, bearing serial number PH431445 (the Subject Firearm) be, and hereby is, forfeited to the United States.

It is FURTHER ORDERED that the forfeiture of the Subject Firearm is made part of his criminal judgment and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

_____ J.