IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
    )
v.     )      Criminal No. 08-92
    )
GERALD WAYNE UNDERWOOD     )

## FINAL ORDER OF FORFEITURE

AND NOW, this 20th day of _____, 2009, it is hereby ORDERED,

ADJUDGED and DECREED that one Taurus .357 caliber revolver, bearing serial number

PH431445 is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition

in accordance with federal law, free and clear of all right, title and interest of any person or entity

including ,without limitation, Gerald Wayne Underwood.

_____
UNITED STATES DISTRICT COURT