IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )   Criminal No. 08-CR-92
                                       )
GERALD WAYNE UNDERWOOD                 )
                                       )
            Defendant.                 )

**ORDER**

AND NOW, this 7th day of March, 2011, it is hereby ORDERED, ADJUDGED and DECREED that the Order of Court dated November 20, 2009 be vacated with respect to the Subject Firearm.

_____
Chief United States District Judge