IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 08-92 |
| | ) | |
| GERALD WAYNE UNDERWOOD | ) | |

ORDER OF COURT

AND NOW, this 11th day of March, 2011, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated in its entirety into this Order. It is further ORDERED that:

(1) The Bureau of Alcohol, Tobacco, Firearms and Explosives release the Taurus .357 caliber revolver, bearing serial number PH431445, "as-is" to Edward M. Shank free and clear of all forfeiture rights of the United States; and

(2) A certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. § 2465.

_____
CHIEF UNITED STATES DISTRICT JUDGE